**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00172-CR

**CHARLES VERNON HAYNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80283-2013**

## ORDER

The Court **REINSTATES** the appeal.

On October 21, 2014, we granted the motion of Shawn Ismail to withdraw as appellate counsel and ordered the trial court to appoint new counsel to represent appellant in this appeal. We have received the trial court's order appointing Edward Cawlfield as appellant's

We **DIRECT** the Clerk of this Court to add Edward Cawlfield as appellant's attorney of record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Edward Cawlfield and the Collin County District Attorney's Office.

> /s/ ADA BROWN
> JUSTICE